UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of YMC, INC., an Idaho corporation,<br><br>   Plaintiff,<br><br> v.<br><br>INSURANCE COMPANY OF THE WEST, a California corporation, and EAGLE ROCK TIMBER, INC. an Idaho corporation,<br><br>   Defendants.<br><br>EAGLE ROCK TIMBER, INC. an Idaho Corporation,<br><br>   Intervenor Counterclaimant,<br><br> v.<br><br>YMC, Inc. an Idaho corporation,<br><br>   Counterdefendant. | Case No. 1:09-CV-543-BLW<br><br>**AMENDED ORDER OF DISMISSAL** |

  The Court has before it the Amended Notice of Dismissal With Prejudice (Dkt. 43). Good cause appearing, the Court enters this Amended Order of Dismissal.

**ORDER - 1**

**ORDER**

**IT IS ORDERED:**

1.  Defendant Third Party Plaintiff, Eagle Rock Timber, Inc.'s Amended Notice of Dismissal With Prejudice (Dkt. 43) is **GRANTED**. The Third Party Complaint (Dkt. 33) filed against Battelle Energy Alliance, LLC shall be DISMISSED WITH PREJUDICE without costs or attorneys fees.

DATED: **November 18, 2010**

B. LYNN WINMILL
Chief U.S. District Court Judge