UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of YMC, INC., an Idaho corporation,<br><br>Plaintiff,<br><br>v.<br><br>INSURANCE COMPANY OF THE WEST, a California corporation; and EAGLE ROCK TIMBER, INC., an Idaho corporation,<br><br>Defendants. | Case No. 1:09-CV-543-BLW<br><br>**JUDGMENT** |

Defendants Eagle Rock Timber, Inc. and Insurance Company of the West consented to entry of judgment against them, and each of them, in the amount of $711,419.00, pursuant to an Offer of Judgment served on or about February 4, 2011. Plaintiff YMC, Inc. ("YMC") accepted the Offer of Judgment pursuant to a Notice of Acceptance of Offer of Judgment filed and served on February 14, 2011. Accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that, in accordance with Fed. R. Civ. P. 68(a), judgment is hereby entered against Eagle Rock Timber, Inc, and Insurance Company of the West, and each of them, in the total amount of $711,419.00,

**JUDGMENT - 1**

and for which sum execution may forthwith issue.

DATED: **February 18, 2011**

B. LYNN WINMILL
Chief U.S. District Court Judge